IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) DEAN JOSEPH WARRINER,
(2) JENNY ELIZABETH WARRINER,

           Plaintiffs,

v.

(1) STATE FARM FIRE AND
CASUALTY COMPANY, a foreign for
profit insurance corporation,

           Defendant.

Case No. **CIV-20-238-C**

## ORDER

Before the Court is the Parties' Joint Motion for Continuance of Pretrial Deadlines [Doc. No. 31. For good cause shown, the motion is GRANTED. The remaining deadlines in the existing Court's Order [Doc. No. 21] are hereby reset as follows:

- Defendant to file a final list of witnesses and a final exhibit list by March 2, 2021.

- Defendants must file objections to Plaintiffs' final exhibit list by May 19, 2021. Plaintiffs must file objections to Defendant's final exhibit list by May 27, 2021.

- Discovery is to be completed by May 5, 2021.

- All dispositive and Daubert motions to be filed by May 5, 2021.

- Designations of deposition testimony by June 30, 2021 with objections and counter-designations 7 days thereafter

- Motions in *limine*, requested *voir dire*, trial briefs and requested jury instructions filed by June 18, 2021.

{S563583;}

- Final Pretrial Report by June 30, 2021

- Trial Docket July 13, 2021.

IT IS SO ORDERED this 3rd day of March 2021.

*ROBIN J. CAUTHRON*
United States District Judge

{S563583;}                              2